**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02586-CMA-CBS

GUADALUPE SANCHEZ-PENUNURI,

      Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JOHN MORTON, Director for Immigration and Customs Enforcement, and
ERIC HOLDER,  Attorney General, United States of America,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus of Judge Christine M. Arguello entered on December 31, 2013 it is

ORDERED that  this Court grants Mr. Sanchez-Penunuri's petition for a writ of habeas corpus (Doc. # 1). The Respondents shall provide Mr. Castillo with an individualized bond hearing pursuant to 8 U.S.C § 1226(a) within 14 days of the date of the entry of this Order.

FURTHER ORDERED that the Petitioner shall be awarded costs.

Dated at Denver, Colorado this 31st day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk